UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 4:12-CR-057-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| STEVEN MARCEL COOLEY | ) |

**ORDER GRANTING
MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his sentencing memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the __4__ day of August, 2015.

*[signature]*

HON. JAMES C. DEVER, III
CHIEF JUDGE, U.S. DISTRICT COURT

1